**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**DAMON CHARLES SANFORD**                                                        **PLAINTIFF**

**V.**                                    **CASE NO. 5:24-CV-5057**

**OFFICER ELI HOBBS;
OFFICER BRAD ROBINSON; and
WASHINGTON COUNTY SHERIFF'S DEPARTMENT**                   **DEFENDANTS**

<u>**ORDER**</u>

Now before the Court is the Report and Recommendation ("R&R") (Doc. 9) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Upon preservice screening of the Complaint under 28 U.S.C. § 1915A, the Magistrate Judge recommends dismissing certain claims and allowing others to proceed.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, the Court **ORDERS** as follows:

- the claims against the Washington County Sheriff's Department are **DISMISSED WITHOUT PREJUDICE** for failure to state a cognizable claim, and the Clerk is **DIRECTED** to terminate this Defendant as a party;

- the claims against Defendant Robinson for malicious prosecution and false imprisonment/arrest in his individual capacity will proceed;

- the claim against Defendant Hobbs for malicious prosecution in his individual capacity will proceed;

- the claim against Defendant Hobbs for false imprisonment/arrest is **DISMISSED WITHOUT PREJUDICE**; and

-  the perjury and defamation claims against all Defendants are **DISMISSED WITHOUT PREJUDICE** for failure to state a cognizable claim.

By separate order, the claims that will proceed will be served on Defendants Robinson and Hobbs.

**IT IS SO ORDERED** on this 30th day of April, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE
