IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAMON CHARLES SANFORD                                                              PLAINTIFF

v.                                              Civil No. 5:24-cv-05057

OFFICER BRAD ROBINSON                                                              DEFENDANT

## JUDGMENT

For the reasons stated in a Memorandum Opinion entered this same date, Defendant's Motion for Summary Judgment (ECF No.80), is **GRANTED** and this case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED** this 14th day of February 2025.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE